ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 29 2005
CLERK, U.S. DISTRICT COURT
By _____
         Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ROGER EUGENE GRESHAM, § <br> § <br> Petitioner, § <br> § <br> v. § <br> § <br> UNITED STATES OF AMERICA, § <br> § <br> Respondent. § | Criminal Action No. 4:96-CR-036-A <br> (Civil Action No. 4:05-CV-0144-L) |

## JUDGMENT

This judgment is issued pursuant to the court's order and findings dated April 29, 2005.

It is therefore ORDERED, ADJUDGED, and DECREED that Petitioner's Petition for Writ of Habeas Corpus by a Person in Federal Custody - 28 U.S.C. § 2241 is **dismissed without prejudice** to Petitioner's right to file a motion for leave to file a second or successive § 2255 petition in the Fifth Circuit Court of Appeals pursuant to 28 U.S.C. §§ 2244(b)(3)(A).

It is further ORDERED that the clerk of this court shall transmit a copy of this judgment and a copy of the court's order of April 29, 2005, accepting the Findings, Conclusions and Recommendation of the United States Magistrate Judge, to Petitioner.

**Signed** this 29th day of April, 2005.

Sam A. Lindsay
United States District Judge

**Judgment - Solo Page**